IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Lonny Bristow, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:06cv2 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| William A. Eleby, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Black filed on February 16, 2006 (Doc. 34), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 3, 2006, hereby ADOPTS said Report and Recommendations.

It is ORDERED that plaintiff's motions for issuance of a temporary restraining order and/or preliminary injunction is DENIED.

It is further ORDERED that plaintiff's motion to proceed *in forma pauperis* is DENIED. Assuming plaintiff is financially qualified, plaintiff has not established he is under imminent danger of serious physical injury such that the exception to the three strike rule exists under 28 U.S.C. § 1915(g). Plaintiff is ordered to pay the $250.00 filing fee within thirty (30) days but no later than April 25, 2006. Plaintiff is notified that failure to pay the filing fee in full within the time frame will result in the dismissal of this action. See In re Alea, 286 F.3d 378, 382 (6th Cir.), cert.denied, 537 U.S. 895 (2002).

It is further ORDERED that plaintiff's motion to amend the complaint is DENIED. Plaintiff seeks to name three additional defendants in this case. To permit an amendment in this case for a third time would be futile.

IT IS SO ORDERED.

                                           ___s/Susan J. Dlott_____
                                           Susan J. Dlott
                                           United States District Judge